

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00107-CV

IN RE E.M.                                                                              RELATOR

-----------

## ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

The court has considered relator's petition for writ of mandamus and motion for temporary relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for temporary relief are denied.

PER CURIAM

PANEL:  MCCOY, J; LIVINGSTON, C.J.; and GARDNER, J.

LIVINGSTON, C.J., would request a response.

DELIVERED:  April 10, 2014

---

[1]See Tex. R. App. P. 47.4, 52.8(d).